**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LANCE SCHULTZ, et al.,** | : | **CIVIL ACTION NO. 1:04-CV-1823** |
| **Plaintiffs** | : | **(Judge Conner)** |
| v. | : | |
| **KEVIN WILSON, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 25th day of April, 2005, upon consideration of the suggestion of bankruptcy (Doc. 24), asserting that defendant Kevin Wilson filed a petition for bankruptcy in the United States Bankruptcy Court for the Middle District of Pennsylvania, it is hereby ORDERED that:

1. Proceedings in this case are STAYED with respect to defendant Kevin Wilson. See Mar. Elec. Co. v. United Jersey Bank, 959 F.2d 1194, 1204-05 (3d Cir. 1991) (stating that bankruptcy petition filed by one party does not stay proceedings as to all parties)

2. Counsel for defendant Kevin Wilson shall file periodic status reports regarding the status of the bankruptcy proceeding. The first such report shall be due on or before June 1, 2005, and subsequent reports shall be due on or before the first day of every third month thereafter.

                                                S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge