**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LANCE SCHULTZ, et al.,** | : | **CIVIL ACTION NO. 1:04-CV-1823** |
| **Plaintiffs** | : | **(Judge Conner)** |
| v. | : | |
| **KEVIN WILSON, et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 14th day of November, 2005, upon consideration of the order of court dated August 12, 2005 (Doc. 31), permitting the deposition of defendant Kevin Wilson ("Wilson"), and of the November 10, 2005 telephone conference with counsel for the parties, and it appearing that defendant Wilson has not been deposed, and that good cause exists for a modification of the pretrial schedule to allow for defendant Wilson's deposition, see FED. R. CIV. P. 16(b)(6), it is hereby ORDERED that:

1. Fact discovery shall conclude in the above-captioned case on or before December 15, 2005.

2. All other pretrial instructions set forth in prior case management orders shall remain in effect.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge