IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LANCE SCHULTZ, et al.,** | : | CIVIL ACTION NO. 1:04-CV-1823 |
| Plaintiffs | : | (Judge Conner) |
| v. | : | |
| **KEVIN WILSON, et al.,** | : | |
| Defendants | : | |

### ORDER

AND NOW, this 12th day of December, 2005, upon consideration of the correspondence dated December 2, 2005 from Attorney Matthew Lee Owens ("Attorney Owens"), counsel for defendant Kevin Wilson ("Wilson"), and addressed to the attention of the court, averring that, due to defendant Wilson's pending bankruptcy proceeding, the parties in this case consent to an enlargement of time in which to complete fact discovery, and the court finding that good cause exists for an enlargement of discovery, see FED. R. CIV. P. 6(b); id. 16(b)(6), it is hereby ORDERED that:

1. The correspondence dated December 2, 2005 is CONSTRUED as a motion for enlargement and GRANTED as so construed. See FED. R. CIV. P. 6(b); id. 16(b)(6).

2. The Clerk of Court is directed to DOCKET the attached correspondence, dated December 2, 2005, as a motion for enlargement filed on December 2, 2005.

3. Attorney Matthew Lee Owens shall file, on or before December 19, 2005, a proposed order setting forth a revised discovery schedule for this case, and submit therewith a certificate of concurrence or non-concurrence. See L.R. 7.1.

4. All other pretrial instructions set forth in prior case management orders shall remain in effect.

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge