# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LANCE SCHULTZ, et al.,** | : | **CIVIL ACTION NO. 1:04-CV-1823** |
| | : | |
| **Plaintiffs** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **KEVIN WILSON, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 15th day of December, 2006, upon consideration of the correspondence from counsel for plaintiffs dated December 14, 2006 and addressed to the attention of the court, indicating that all claims against defendants Kevin Wilson and Sharon Gelwicks have been amicably resolved, and of the motion for summary judgment (Doc. 48), filed by defendant Sharon Gelwicks, it is hereby ORDERED that:

1. The motion for summary judgment (Doc. 48), filed by defendant Sharon Gelwicks, is deemed WITHDRAWN.

2. The Clerk of Court is directed to DOCKET the correspondence dated December 14, 2006 as a letter.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge